**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ELOISA VILLEGAS,** | )<br>) |
| **Plaintiff,** | ) Case No. CV 10-00132 AJW<br>) |
| v. | )<br>) **J U D G M E N T** |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of the Social**<br>**Security Administration,** | )<br>)<br>)<br>) |
| **Defendant(s).** | ) |

    **IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to the Commissioner for further administrative proceedings consistent with the Memorandum of Decision filed concurrently herewith.

November 1, 2010

                                                               _____
                                                                ANDREW J. WISTRICH
                                                                 United States Magistrate Judge