1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Eloisa Villegas

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | ELOISA VILLEGAS,                    )  Case No.: CV 10-132 AJW
                                         )
11 |        Plaintiff,                   )  ORDER AWARDING EQUAL
                                         )  ACCESS TO JUSTICE ACT
12 |   vs.                               )  ATTORNEY FEES AND EXPENSES
                                         )  PURSUANT TO 28 U.S.C. § 2412(d)
13 | MICHAEL J. ASTRUE,                  )  AND COSTS PURSUANT TO 28
     Commissioner of Social Security,    )  U.S.C. § 1920
14                                       )
            Defendant                    )
15                                       )
                                         )
16

17       Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19       IT IS ORDERED that fees and expenses in the amount of THREE

20 THOUSAND THREE HUNDRED DOLLARS ($3,300) as authorized by 28

21 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

22 November 15, 2010

23                          *[signature]*

24
                        _____
25                      THE HONORABLE ANDREW J. WISTRICH
                        UNITED STATES MAGISTRATE JUDGE
26

-1-